UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v. –

BRUCE MORRIS,
a/k/a "G,"

Defendant.

---

**Unsealing Order**

24 Cr. 358

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Matthew Weinberg;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         June 7, 2024

*[signature]*

HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK